UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT J. ALEXANDER-CAMPOS,<br><br>    Plaintiff,<br><br>    v.<br><br>BRUCE, et al.,<br><br>    Defendants. | Case No. 22-cv-03274-PJH<br><br>**ORDER OF TRANSFER** |

    This is a civil rights case brought pro se by a detainee. Plaintiff filed an amended complaint and specified that the incident in this case occurred at Pleasant Valley State Prison. That facility is located within the venue of the United States District Court for the Eastern District of California. Plaintiff is incarcerated in this district. Because the events for this case and defendants are located in the Eastern District, venue properly lies in that district and not in this one. See 28 U.S.C. § 1391(b). Plaintiff also indicated that he previously litigated a case concerning these claims in the Eastern District.

    This case is **TRANSFERRED** to the United States District Court for the Eastern District of California. See 28 U.S.C. § 1406(a).

    **IT IS SO ORDERED.**

Dated: July 29, 2022

                                                                                                                   */s/ Phyllis J. Hamilton*
                                                                                                         PHYLLIS J. HAMILTON
                                                                                                         United States District Judge