UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT J. ALEXANDER CAMPOS, III,<br><br>    Plaintiff,<br><br>    v.<br><br>BRUCE, et al.,<br><br>    Defendants. | Case No.: 1:22-cv-0958 JLT CDB<br><br>ORDER ADOPTING IN FULL THE FINDINGS AND RECOMMENDATIONS, DISMISSING THE COMPLAINT FOR FAILURE TO STATE A CLAIM, AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(Doc. 26) |

Robert Alexander-Campos, III, sought to hold the defendants—including the California Department of Corrections and Rehabilitation and several correctional officers—liable for violations of his civil rights while housed at Pleasant Valley State Prison. (*See generally* Doc. 22.) The magistrate judge screened Plaintiff's third amended complaint pursuant to 28 U.S.C. § 1915A(a) and found he failed to state a cognizable claim. (Doc. 26 at 2-5.) Because Plaintiff failed to cure the pleading deficiencies identified after the Court provided the applicable legal standards and granted leave to amend, the magistrate judge found further "leave to amend would be futile." (*Id.* at 5.) Therefore, the magistrate judge recommended the Court dismiss the action for failure to state a claim. (*Id.*)

The Court served the Findings and Recommendations on Plaintiff at the address on record and notified him that any objections were due within 14 days. (Doc. 25 at 6.) The Court advised him that the "failure to file objections within the specified time may result in the waiver of rights on appeal." (*Id.*, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).) However, the U.S. Postal

Service returned the Court's mail as undeliverable, also indicating Plaintiff was no longer in custody, on July 16, 2025. Nevertheless, the Court's service is deemed fully effective pursuant to Local Rule 182(f).

According to 28 U.S.C. § 636(b)(1), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations dated (Doc. 26) are **ADOPTED** in full.
2. Plaintiff's third amended complaint is **DISMISSED** for failure to state a claim.
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: **August 4, 2025**

UNITED STATES DISTRICT JUDGE